# United States District Court

__EASTERN__ DISTRICT OF __NEW YORK__

UNITED STATES OF AMERICA

v.

BRADLEY NIERENBERG

Defendant(s).

**WAIVER OF INDICTMENT**

CASE NUMBER: 14 CR 510 (NGG)

I, __BRADLEY NIERENBERG__, the above named defendant, who is accused of knowingly and intentionally conspiring to defraud the United States and an agency thereof, to wit: the National Guard, by impeding, impairing and obstructing the National Guard's contracting process with regard to reviewing sponsorship proposals and awarding sponsorship agreements to private businesses, in violation of 18 U.S.C. 371

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __October 1, 2014__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: __s/Nicholas G. Garaufis__
Judicial Officer