**DOCKET NUMBERS:** CR 14-510 (NGG)

## CRIMINAL CAUSE FOR GUILTY PLEA

Date Received By Docket Clerk:_____  Docket Clerk Initials:_____

**BEFORE JUDGE:** <u>GARAUFIS</u>  **DATE:** OCTOBER 1, 2014 @ 1:00 PM.  **TIME IN COURT** ___ HRS 60 MINS

**1. DEFENDANT:** BRADLEY NIERENBERG

Present X  Not Present    Custody    Not Custody X

**DEFENSE COUNSEL:** ROBERT GAGE
  FEDERAL DEFENDER:  CJA:    RETAINED: X

**2. DEFENDANT:**
Present  Not Present    Custody    Not Custody

**DEFENSE COUNSEL:**
  FEDERAL DEFENDER:    CJA:    RETAINED:

**3. DEFENDANT:**
Present  Not Present  Custody    Not Custody

**DEFENSE COUNSEL:**
**FEDERAL DEFENDER:  CJA:    RETAINED:**


**A.U.S.A.:** MARTIN COFFEY / MARISA SEIFAN

**COURT REPORTER:** MARY AGNES DRURY
**INTERPRETER:**    **LANGUAGE:**

| | | |
|---|---|---|
| X | Change of Plea Hearing (~Util-Plea Entered) | ❏ Revocation of Probation contested |
| ❏ | Arraignment | ❏ Sentencing on a violation |
| ❏ | Bail Appeal | ❏ Motion Hearing |
| ❏ | Violation | ❏ Hearing |
| ❏ | Status Conference | ❏ Sentencing |
| ❏ | Bail Violation Hearing | ❏ Motion for sentence reduction |
| ❏ | Voir Dire Begun | ❏ Oral Argument |
| ❏ | Voir Dire Held    Jury selection | ❏ Jury trial |
| ❏ | Jury Trial Death Penalty  ❏  Sentence enhancement Phase | ❏  Bench Trial Begun |

**Speedy Trial Start:  Speedy Trial Stop:  CODE TYPE: XT**

**Do these minutes contain ruling(s) on motion(s)?**    YES        NO X

THE DEFENDANT PLEADS GUILTY TO THE SINGLE-COUNT INFORMATION. SENTENCING IS SCHEDULED FOR FRIDAY, FEBRUARY 20, 2015 AT 10:00 AM.