```
JDG:MEC
F.#2013R00281
ORDER.NIERENBERG
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | U N S E A L I N G  O R D E R |
| -against- | Cr. No. 14-510(NGG) |
| BRADLEY NIERENBERG, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - X

UPON the application of the United States of America, by Assistant United States Attorney Martin E. Coffey, and with the consent of the defendant, BRADLEY NIERENBERG, by his attorney, Robert Gage, Esq., it is hereby

ORDERED that the transcript of the guilty plea in the above-captioned matter be unsealed forthwith.

Dated:  Brooklyn, New York
        November     , 2014

_____
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK