# GAGE SPENCER & FLEMING LLP

ATTORNEYS AT LAW

410 PARK AVENUE

NEW YORK, NEW YORK 10022

TELEPHONE: (212) 768-4900
FACSIMILE: (212) 768-3629
E-MAIL: info@gagespencer.com

February 12, 2015

<u>Via ECF</u>

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 1416 S
Brooklyn, New York 11201

Re: <u>United States v. Bradley Nierenberg, 14 Cr. 510 (NGG)</u>

Dear Judge Garaufis:

      We represent defendant Bradley Nierenberg. We write to request that Mr. Nierenberg be allowed to travel outside the country on two occasions. The first trip would be to Melbourne, Australia from March 20 to March 27 for a business development conference. The second trip would be to Cancun, Mexico from June 4 to June 8 for a family wedding.

      We have spoken with Assistant United States Attorney Martin Coffey, Assistant United States Attorney Marisa Seifan and United States Pretrial Services Officer Ashley Calvi regarding Mr. Nierenberg's travel requests and they have no objection to Mr. Nierenberg's request.

      At the request of the United States Attorney's Office, we have provided the details of Mr. Nierenberg's travel arrangements to both the United States Attorney's Office and Pretrial Services. If Your Honor desires, we can also provide the Court with a copy of his travel arrangements. We will promptly notify the Court, the United States Attorney's Office for the Eastern District of New York and Pretrial Services if Mr. Nierenberg's travel arrangements change for any reason.

      We respectfully request the Court allow Mr. Nierenberg's passport to be returned to him for this travel.

The Honorable Nicholas G. Garaufis
February 12, 2015
Page 2

We appreciate the Court's consideration in this matter.

Respectfully Submitted,

G. Robert Gage, Jr.

cc: Martin Coffey (via email and ECF)
Marisa Seifan (via email and ECF)
Assistant United States Attorneys

Ashley Calvi (via email)
U.S. Pretrial Services Officer

**APPLICATION GRANTED.**
So Ordered.

s/Nicholas G. Garaufis

NICHOLAS G. GARAUFIS
United States District Judge
Dated: 3/16/15

2